1  Paul La Scala (SBN: 186939)
   plascala@shb.com
2  Mayela C. Montenegro (SBN: 304471)
   mmontenegro@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
4  5 Park Plaza, Suite 1600
   Irvine, California 92614
5  Telephone: 949-475-1500
   Facsimile: 949-475-0016
6
7  Attorneys for Defendant
   Pinnacle Foods Group, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL CLARDY and JENNIFER ROSE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE FOODS GROUP, LLC., a New Jersey limited liability company,<br><br>Defendant. | Case No. 3:16-cv-04385-JST<br><br>Judge: Hon. Jon S. Tigar<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Complaint Filed: August 3, 2016<br><br>Date: December 8, 2016<br>Time: 2:00 p.m.<br>Ctrm.: 9 – 19th Floor<br>Judge: Hon. Jon S. Tigar |

1    Defendant Pinnacle Foods Group, LLC ("Pinnacle") respectfully requests the
2 Court take judicial notice of the attached documents, which are relevant to Pinnacle's
3 Motion to Transfer This Action, or in the Alternative, to Stay Proceedings.  Pursuant
4 to Federal Rule of Evidence 201, this Court may take judicial notice of facts not
5 subject to reasonable dispute and of matters in the public record.  Fed. R. Evid.
6 201(b); *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001).
7    Pinnacle hereby submits the following documents for judicial notice:
8 • Attached hereto as **Exhibit 1** is a copy of the complaint filed in *Biffar v.
9 Pinnacle Foods Group, LLC*, No. 3:16-cv-00873-DRH-SCW (S.D. Ill.), dated August
10 2, 2016.
11 • Attached hereto as **Exhibit 2** is a copy of the motion to dismiss filed by
12 Pinnacle in the *Biffar* action, dated October 3, 2016.
13 • Attached hereto as **Exhibit 3** is a copy of the complaint filed in *Thornton
14 v. Pinnacle Foods Group, LLC*, No. 4:16-cv-00158-JAR (E.D. Mo.), dated January 8,
15 2016.
16 • Attached hereto as **Exhibit 4** is a copy of the court's order granting
17 Pinnacle's motion to stay in the *Thornton* action, dated September 30, 2016.

Dated:  October 4, 2016          Respectfully submitted,

                                 SHOOK, HARDY & BACON L.L.P.


                                 By:  /s/ Mayela C. Montenegro
                                      Paul La Scala
                                      Mayela C. Montenegro
                                 Attorneys for Defendant
                                 Pinnacle Foods Group, LLC