1  Benjamin M. Lopatin (SBN: 281730)
   blopatin@ELPlawyers.com
2  EGGNATZ, LOPATIN & PASCUCCI, LLP
   2201 Market St., Suite H
3  San Francisco, CA 94114
   Tel.: (415) 324-8620
4  Fax: (415) 520-2262

5  Attorneys for Plaintiffs Gail Clardy,
   Jennifer Rose and the Proposed Class
6
   Paul La Scala (SBN: 186939)
7  plascala@shb.com
   Mayela C. Montenegro (SBN: 304471)
8  mmontenegro@shb.com
   SHOOK, HARDY & BACON L.L.P.
9  Jamboree Center
   5 Park Plaza, Suite 1600
10 Irvine, California 92614
   Telephone:  949-475-1500
11 Facsimile:   949-475-0016

12 Attorneys for Defendant
   Pinnacle Foods Group, LLC
13

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16

17 GAIL CLARDY and JENNIFER ROSE, )   Case No. 3:16-cv-04385-JST
   individually, and on behalf of all others )
18 similarly situated,                       )   Judge:  Hon. Jon S. Tigar
                                             )
19           Plaintiffs,                     )   **[PROPOSED] ORDER RE: JOINT
                                             )   STIPULATION FOR AN ORDER
20      v.                                   )   CHANGING TIME**
                                             )
21 PINNACLE FOODS GROUP, LLC., a            )
   New Jersey limited liability company,     )   Complaint Filed:  August 3, 2016
22                                           )
             Defendant.                      )
23                                           )
                                             )
24                                           )
                                             )
25                                           )

26

27

28

                                       1

1    Pursuant to the parties' Joint Stipulation for an Order Changing Time, the

2  current deadlines for the Parties' ADR forms, FRCP 26(f) conference and report, and

3  initial disclosures are VACATED.  In addition, the Case Management Conference

4  currently scheduled for November 16, 2016, shall also be VACATED.

5    Should the Court deny Defendant Pinnacle Foods Group, LLC's Motion to

6  Transfer, or in the alternative, Motion to Stay Proceedings, these deadlines will be set

7  as follows:

8    • ADR Certification form pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b)

9      shall be filed 15 days from the date of this Court's order on the Motion to

10     Transfer;

11   • Stipulation to ADR Process or Notice of Need for ADR Phone Conference

12     pursuant to Civil L.R. 16-8(c) and ADR L.R. 3-5(b) shall be filed 15 days from

13     the date of this Court's order on the Motion to Transfer;

14   • The parties shall hold their FRCP 26(f) conference within 15 days from the

15     Court's order on the Motion to Transfer; and

16   • A Case Management Conference shall be set for  December 14, 2016        .

17

18 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20

21

22 Dated: October 11, 2016          _____

23                                  Hon. Jon S. Tigar
                                    United States District Judge

24

25

26

27

28
                                    2