Benjamin M. Lopatin, Esq. (SBN 281730)
EGGNATZ, LOPATIN & PASCUCCI, LLP
2201 Market Street, Suite H
San Francisco, California 94114
Telephone: (415) 324-8620
Facsimile: (415) 520-2262
Email: *blopatin@elplawyers.com*

*Counsel for Plaintiffs Gail Clardy,*
*Jennifer Rose, and the Proposed Class*

Paul La Scala (SBN: 186939)
plascala@shb.com
Mayela C. Montenegro (SBN: 304471)
mmontenegro@shb.com
Shook, Hardy & Bacon L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone:     949-475-1500
Facsimile:     949-475-0016

*Counsel for Defendant*
*Pinnacle Foods Group, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **GAIL CLARDY and JENNIFER ROSE**, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>**PINNACLE FOODS GROUP, LLC.,** a New Jersey limited liability company,<br><br>　　　　　Defendant. | CASE NO.: 3:16-cv-04385-JST<br><br>JUDGE:  THE HON. JON S. TIGAR<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR AN ORDER CHANGING TIME**<br><br>Complaint Filed:  August 3, 2016 |

i

[Proposed] Order Re: Joint Stipulation For An Order Changing Time
*Clardy, et al. v. Pinnacle Foods Group, LLC*, 3:16-CV-04385-JST

Pursuant to the Parties' Joint Stipulation for an Order Changing Time, the hearings on the Motion to Transfer and Motion to Dismiss are rescheduled for January 5, 2017. Additionally, the Case Management Conference currently scheduled for December 14, 2016 shall be VACATED. This Order will not alter the date of any event or any deadline to file ADR forms and confer pursuant to FRCP 26(f) already fixed by Court Order.

A Case Management Conference shall be set for February 8, 2017.

PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.

Dated: December 1, 2016

_____
Hon. Jon S. Tigar
United States District Judge