Benjamin M. Lopatin, Esq. (SBN 281730)
Maximillian Casillas, Esq. (SBN 311669)
EGGNATZ, LOPATIN & PASCUCCI, LLP
2201 Market Street, Suite H
San Francisco, California 94114
Telephone: (415) 324-8620
Facsimile: (415) 520-2262
Email: *blopatin@elplawyers.com*

*Counsel for Plaintiffs Gail Clardy,*
*Jennifer Rose, and the Proposed Class*

Paul La Scala (SBN: 186939)
plascala@shb.com
Mayela C. Montenegro (SBN: 304471)
mmontenegro@shb.com
Shook, Hardy & Bacon L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone:     949-475-1500
Facsimile:       949-475-0016

*Counsel for Defendant*
*Pinnacle Foods Group, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **GAIL CLARDY and JENNIFER ROSE**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PINNACLE FOODS GROUP, LLC.,** a New Jersey limited liability company,<br><br>Defendant. | CASE NO.: 3:16-cv-04385-JST<br><br>JUDGE:  THE HON. JON S. TIGAR<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR AN ORDER PERMITTING MAXIMILLIAN CASILLAS TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS**<br><br>Complaint Filed:  August 3, 2016 |

i

Based on the Stipulation Permitting Maximillian Casillas to Withdraw as Counsel of Record for Plaintiffs, and in accordance with Civil Local Rule 11-5(a), Maximillian Casillas of Eggnatz, Lopatin, & Pascucci, LLP may withdraw as counsel for Plaintiffs in this action. Accordingly, the Clerk shall terminate Maximillian Casillas as counsel of record for Plaintiffs and discontinue ECF/CM notices to those attorneys for this action.

PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.

Dated: January 17, 2017

_____
Hon. Jon S. Tigar
United States District Judge